UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

    Fratello's Holdings, LLC

                       Debtor.

Chapter 11
Case No.  25-11385

# DECLARATION CONCERNING BALANCE SHEET, CASH FLOW STATEMENT, AND STATEMENT OF OPERATIONS

Christopher Alberino, Managing Member of Fratello's Holdings, LLC, Debtor and Debtor-in-Possession, hereby declare the following under penalty of perjury:

1. The Debtor is a real estate holding company. The filing of the petition herein was based upon a pending foreclosure action against Debtor's real property located at 41 River Street, Troy, NY 12180.

2. The debtor believes its assets to be worth approximately $990,003.00.

## Statement of Operations – Pre-Petition

3. Debtor was formed in order to serve as a real estate holding company for three pieces of real property: 41 River Street, Troy, NY 12180, 518 Congress Street, Troy, NY 12180, and 520 Congress Street, Troy, NY 12180[1].

4. 41 River Street is a severely damaged commercial baking building. The Debtor intends to surrender its interest in 41 River Street to its main creditor and secured lienholder, Sunmark Federal Credit Union. Upon information and belief, Sunmark has been approached by a potential buyer for the property.

5. 518-520 Congress Street is Debtor's commercial brick and mortar space. Debtor's related operating entity 3 Partners Pasteries LLC (d/b/a/ "The Cookie Factory") operates out of

518-520 Congress Street. Debtor intends on maintaining 518-520 Congress Street.

6. Sunmark's mortgage is secured against all three parcels.

## Statement of Operations – Post-Petition

7. Debtor intends on utilizing in-house bookkeeping and will be working directly with its Counsel to prepare monthly operating reports, plan projections, and any other financial disclosures required by the Court or by the Office of the United States Trustee.

8. Debtor continues to operate in the ordinary course of business.

## Financials

9. Debtor does not have a prepared Cash Flow Statement at this time.

10. Debtor does not have a Balance Sheet or Profit and Loss Statement at this time.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Albany, New York
November 20, 2025                    /s/ Christopher Alberino
                                     Christopher Alberino, Managing Member
                                     Fratello's Holdings, LLC
                                     Debtor-in-Possession