UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

   Fratello's Holdings, LLC                       Chapter 11
                                                     Case No.  25-11385

                                   Debtor.

## LOCAL RULE 2015-6 AFFIDAVIT

I, Christopher Alberino, managing member of Debtor, hereby declare the following under penalty of perjury:

1. The Debtor is a real estate investment company with a principal place of business at 520 Congress Street, Troy, NY 12180. The filing of the petition herein was necessitated by a pending foreclosure sale scheduled for November 21, 2025 against one of Debtor's principle assets: the real property located at 41 River Street, Troy, NY 12180.

2. The debtor believes that its assets to be worth approximately $990,003.00.

3. The Debtor filed its Schedules A/B and G with the initial filing.

4. The Debtor's books and records are located at its offices. No assets of the debtor are held outside the territorial limits of the United States.

5. The estimated weekly payroll payable to employees, exclusive of officers, shareholders and directors, for the 30-day period following the filing of the Petition herein is approximately $00.00/weekly. The amount proposed to be paid to the officers, shareholders and/or directors for services for the 30-day period following the filing of the Petition herein is $00.00/weekly.

6. Debtor anticipates cashflow in the amount of $00.00 for the 30-day period

following the filing of the Petition herein.[1]

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Troy, New York
November 25, 2025

/s/ Christopher Alberino
Christopher Alberino, Managing Member
Fratello's Holdings, LLC
Debtor-in-Possession

---

[1] Debtor is the real estate holding entity for a related operating entity, 3 Partners Pastries LLC (d/b/a "The Cookie Factory", hereinafter, "3PP"). 3PP pays for ongoing expenses of the Debtor including insurance and utilities.