So Ordered.

Signed this 16 day of December, 2025.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

    Fratello's Holdings, LLC                        Chapter 11
                                                               Case No. 25-11385
                                     Debtor.
_____

## ORDER APPROVING RETENTION OF
## BANKRUPTCY COUNSEL

Upon the <u>ex parte</u> application of Fratello's Holdings, LLC, the Debtor and Debtor-in-Possession herein, dated November 19, 2025, seeking authorization to employ Boyle Legal, LLC, as Bankruptcy Counsel for the Debtor; and upon the Declaration of Michael L. Boyle in support thereof; and upon the exhibits submitted in support of the application; and no objections having been filed, and the Court having considered the merits of the application, it is hereby

**ORDERED**, that the Debtor, Fratello's Holdings, LLC, is authorized to retain Boyle Legal, LLC as its Bankruptcy Counsel in this case; and it is further

**ORDERED**, that any payments to Boyle Legal, LLC shall be made only upon proper application to the Court and subject to the approval of the Court.

###