UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

|  |  |
|---|---|
| In re: | Case No. 25-11385-1-pgr |
|  | Chapter 11 |
| FRATELLO'S HOLDINGS, LLC | |
| Debtor. | |

## <u>UNITED STATES TRUSTEE'S OBJECTION TO DISCLOSURE STATEMENT</u>

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"), by and through undersigned counsel Harrison E. Strauss, Trial Attorney, hereby respectfully objects the Debtor's *Disclosure Statement* (the "Disclosure Statement"), Docket No. 20, and for his objection states and alleges as follows:

## <u>Factual Background</u>

1.      Fratello's Holdings, LLC, (the "Debtor") filed for relief under chapter 11 of the United States Bankruptcy Code on November 20, 2025.

2.      On February 18, 2025, the Debtor filed the Disclosure Statement.

3.      A hearing regarding approval of the Disclosure Statement is currently set for April 16, 2025, and therefore objections are due no later than April 09, 2025.

4.      On February 23, 2025, the United States Trustee filed a motion to dismiss this case ("Motion to Dismiss") due to the Debtor's failure to provide documents related to the Debtor's financial history, Docket No. 25. Specifically, documents which show the income from the Debtor's business operations and the disposition of those funds for the three-year period leading up to filing.

5.      To date, no documents have been provided to the United States Trustee. The United States Trustee has made several requests for this information since the § 341 meeting held on December 17, 2025.

6.      The Debtor has only filed one monthly operating report in this case to date, for the period of November 20, 2025, through December 31, 2025. The report shows no income or disbursements.

7.      The Debtor has also failed to open a DIP bank account or provide routine bank statements requested by the United States Trustee. In addition, the insurance provided by the Debtor, which was inadequate to begin with, has now lapsed.

### Argument

The Debtor has been non-responsive to the United States Trustee and non-compliant with United States Trustee guidelines since the inception of this case. There are very serious concerns about the financial history of the Debtor, including questions of whether rents received by the Debtor from an affiliated company in the years leading up to filing were misappropriated by the Debtor's principles. If it is true that Debtor's funds have been misappropriate, it may be appropriate to appoint a chapter 11 trustee or convert the case to one arising under chapter 7 so that a trustee can seek to recover these funds for creditors.

Unfortunately, due to the total lack of cooperation by the Debtor, the United States Trustee has been unable to investigate the Debtor's financial history. Therefore, the Disclosure Statement should not be approved until such time as the Motion to Dismiss is resolved, along with all outstanding issues including the insurance, missing monthly operating reports, and recent bank statements.

**WHEREFORE,** based on the foregoing, the United States Trustee respectfully requests that the Court deny approval of the Disclosure Statement, and for such other and further relief as the Court deems just and proper.

Dated: April 8, 2026
Albany, New York

Respectfully submitted,
WILLIAM K. HARRINGTON
UNITED STATES TRSUTEE, REGION 2

*/s/ Harrison E. Strauss*
Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
NDNY Bar Roll No. 705825
(518) 434-4553
Harrison.Strauss@usdoj.gov

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Objection was served electronically upon all parties receiving electronic notice in this case on Tuesday, March 25, 2025, and upon the following via first-class mail:

Fratello's Holdings, LLC
520 Congress Street
Troy, NY 12180

/s/ Harrison E. Strauss
Harrison E. Strauss, Trial Attorney

3