So Ordered.

Signed this 17 day of April, 2026.



_Patrick G. Radl_

_____

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
In re:

        FRATELLO'S HOLDINGS, LLC,            **Case No. 25-11385**
                                         **Chapter 11**

              Debtor.
------------------------------------------------------------------

## <u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>

UPON the motion of Secured creditor Sunmark Credit Union ("Sunmark") by and through

its attorneys Lemery Greisler LLC, for entry of an order granting Sunmark relief from the

automatic stay, pursuant to 11 U.S.C. § 362(d)(1) (the "Motion"), the Motion having been duly

and properly served, there being no opposition to the Motion, the Court having heard the Motion

on April 16, 2026, after due deliberation and on the record herein, it is hereby

ORDERED that the Motion is, in all respects, granted and Sunmark is hereby granted relief

from the automatic stay, for cause, pursuant to 11 U.S.C. 362(d)(1) to pursue its state law and state

court remedies with respect to the loan set forth in the Motion.

<u>####</u>