So Ordered.

Signed this 20 day of April, 2026.



_____

Patrick G. Radel
United States Bankruptcy Judge

UNITE        KRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

FRATELLO'S HOLDING, LLC                    Case No. 25-11385-1-pgr
                                           Chapter 11

Debtor.

## ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS

**UPON** the filing and review of the *United States Trustee's Motion to Dismiss Case* filed

with the Bankruptcy Court on February 23, 2026 (ECF 25), along with proof of notice and service

thereof (ECF 26 and 27); and

**UPON** the Bankruptcy Court having conducted a hearing on the matter on April 16, 2026,

during which counsel for Debtor did not object to dismissal; and

**UPON** the Bankruptcy Court finding that good cause exists to support the relief requested

in the Motion for the reasons stated on the record, it is therefore;

**ORDERED**, the *United States Trustee's Motion to Dismiss Case* is hereby **GRANTED,**

and this case is **DISMISSED**.

###